UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09
```

A.D. and M.D., et al.,

                Plaintiffs,    :    **ORDER**

        - against -    :    08 Civ. 9424 (DLC)(FM)

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF
NEW YORK, et al.,

                Defendants.    :

-------------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the settlement conference held earlier today, it is hereby

ORDERED that the deadlines for motion practice be extended two weeks as follows:

1. Plaintiffs' motion for summary judgment shall be served by July 24, 2009.

2. Defendants' opposition and cross motion shall be served by August 14, 2009.

3. Plaintiffs' reply and opposition shall be served by August 28, 2009.

4. Defendants' reply shall be served by September 4, 2009.

        SO ORDERED.

Dated:    New York, New York
            July 2, 2009

                                                _____
                                                FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Denise L. Cote
United States District Judge

Steven L. Goldstein, Esq.
Fax: (212) 214-0917

Lesley Ann Berson, Esq.
New York City Law Department
Fax: (212) 788-0940