```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
A.D. and M.D., individually and on      :
behalf of E.D.,                         :
                                        :
                Plaintiffs,             :
                                        :
        -v-                             :       08 Civ. 9424 (DLC)
                                        :
THE BOARD OF EDUCATION OF THE CITY      :
SCHOOL DISTRICT OF THE CITY OF NEW      :       ORDER
YORK, a/k/a and d/b/a, THE NEW YORK     :
CITY DEPARTMENT OF EDUCATION and JOEL   :
KLEIN, in his official capacity as the  :
Chancellor of the City School District  :
of the City of New York,                :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10
```

DENISE COTE, District Judge:

On February 10, 2010, plaintiffs wrote a letter advising the Court of a computational error in the February 9, 2010 Opinion and Order (the "Opinion and Order") awarding tuition reimbursement to plaintiffs under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq., for the statutory school year running from July 1, 2007 to June 30, 2008. The Opinion and Order awarded $62,590 in tuition reimbursement, an amount that failed to include $12,083 in tuition that plaintiffs owe to Rebecca for July 2007 through August 2007. The plaintiffs request that the tuition reimbursement award be amended to include the additional

$12,083.  The defendants having indicated to the Court by telephone on February 17, 2010 that they do not oppose plaintiffs' request, it is hereby

ORDERED that the February 9, 2010 Opinion and Order is amended to require the defendants to pay the plaintiffs tuition reimbursement in the amount of $74,673, reflecting the sum of $5,000 in tuition already paid by plaintiffs to Rebecca for the period of July 2007 through June 2008 plus the $69,673 in tuition which remains due and owing to Rebecca for the same period.

SO ORDERED:

Dated:  New York, New York
        February 18, 2010

_____
DENISE COTE
United States District Judge